IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WENDELL BROWN,

    Plaintiff,

     v.

METROPOLITAN ATLANTA
RAPID TRANSIT AUTHORITY,

    Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-621-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 4] and granting the Plaintiff's Motion for Leave to File Amended Complaint [Doc. 11]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 4] is DENIED. The Plaintiff's Motion for Leave to File Amended Complaint [Doc. 11] is GRANTED.

T:\ORDERS\05\Brown\05cv621\r&r.wpd

SO ORDERED, this 8 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge